ALBANY,
Feb. 1829.

Hall
v.
Sherwood.

---

### HALL *vs.* SHERWOOD.

Where a party submits a bill of costs to a taxing officer for taxation, he cannot withdraw the bill and have it taxed by another.

MOTION for retaxation of costs. The plaintiff obtained a rule against the defendant for costs on the denial of a motion, and noticed the costs for taxation before a commissioner in *Buffalo*. The parties attended, and on the commissioner deciding against some of the items, the plaintiff withdrew the bill and noticed it for taxation before a commissioner in *Utica*; who, allowing items which the party deemed objectionable, application was made for a retaxation, which

THE COURT ordered, solely on the ground of the irregular and oppressive practice in relation to the taxation, and directed the plaintiff to pay the costs of this motion. MARCY, J., in pronouncing the decision of the court, animadverted with severity upon the conduct of the plaintiff's attorney, and said, that unless the costs were taxed by the officer to whom the bill was originally brought, the taxation would be set aside as frequently as it was made.